# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**STATE FARM FIRE AND CASUALTY COMPANY and SAFECO INSURANCE COMPANY OF AMERICA,**

        Plaintiff,

  -vs-

**Case No. 04-C-359**

**TOSHIBA AMERICA CONSUMER PRODUCTS, INC.,**

        Defendant.

## ORDER

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, that this action is dismissed, with prejudice and without costs to any party.

Dated at Milwaukee, Wisconsin, this 18th day of January, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**